**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **BRYAN AROMAYE,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:22-cv-00544 |
| § | |
| **WELLS FARGO BANK, N.A.,** § | |
| § | |
| Defendant. § | |

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1, and Local Rules 3.1(c) and 7.4, Defendant Wells Fargo Bank, N.A. ("Wells Fargo") provides the following information:

*For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):*

Wells Fargo Bank, N.A. is a wholly owned subsidiary of Wells Fargo & Company. Wells Fargo & Company is a publicly traded bank holding company.

*A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:*

1. Wells Fargo Bank, N.A.; and

2. Plaintiff Bryan Aromaye.
.
Wells Fargo reserves the right to amend or supplement this certificate as needed.

Respectfully submitted,

*/s/ Elizabeth K. Duffy*

**Robert T. Mowrey**
State Bar No. 14607500
rmowrey@lockelord.com
**Elizabeth K. Duffy**
State Bar No. 24050535
eduffy@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
(214) 740-8000 (Telephone)
(214) 740-8800 (Facsimile)

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on this 8th day of March 2022 via U.S. mail on:

**Bryan Aromaye**
1117 Devonshire Dr.
Glenn Heights, Texas 75154
(469) 980-0484
*Pro Se Plaintiff*

*/s/ Elizabeth K. Duffy*
*Attorney for Defendant*