IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRYAN AROMAYE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:22-cv-00544 |
| WELLS FARGO BANK, N.A., | § § | |
| Defendant. | § § | |

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**

Came on to be considered in the above-referenced matter, the *Joint Motion to Dismiss With Prejudice* (the "Motion") filed by Plaintiff Bryan Aromaye ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (together, the "Parties"). Upon consideration, the Court is of the opinion that the Motion is well-taken and should be granted.

It is THEREFORE ORDERED that the Motion is GRANTED.

It is ORDERED that all claims asserted by Plaintiff against Wells Fargo are hereby DISMISSED WITH PREJUDICE.

It is ALSO ORDERED that each of the Parties shall bear his/its own costs.

SIGNED: _____

_____
UNITED STATES DISTRICT JUDGE